HUGHES, APPELLANT, *v.* SCAFFIDE ET AL., APPELLEES.

(No. 78-1417—Decided May 2, 1979.)

*Mr. Kenneth B. Schumaker*, for appellant.
*Mr. R. Stewart Beck,* for appellees.

*Per Curiam.* Appellant predicates his claim of wrongful detention of the child by the maternal grandparents

on his being the natural parent and on the basis that. he has not been shown or found to be unfit.

The evidence presented at the hearing before the Court of Appeals reveals that appellant abandoned the child. During the nine years from the child's birth until the filing of this action, appellant literally did nothing for her. He assumed no responsibility for health care, contributed nothing to her education and training, and placed upon respondents every duty and responsibility of parents. A parent may be denied custody if a preponderance of the evidence indicates that he has abandoned the child. *In re Perales* (1977), 52 Ohio St. 2d 89. Thus, appellant has forfeited his paramount right to the custody of the child.

It is apparent from this record that the child's interest will be best served by continuing to be in the custody and care of the grandparents. See *In re Young* (1979), 58 Ohio St. 2d 90. Natural paternity alone under these circumstances is insufficient to support an action in habeas corpus. See *In re Tilton* (1954), 161 Ohio St. 571.

The judgment of the Court of Appeals denying habeas corpus relief is affirmed.

*Judgment affirmed.*

CELEBREZZE, C. J., HERBERT, W. BROWN, SWEENEY, LOCHER and HOLMES, JJ., concur.

P. BROWN, J., concurs in the judgment.